UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

_____

Teshema Lucy,

           Plaintiff,

  v.

Bay Area Credit Service, LLC; and
DOES 1-10, inclusive,

           Defendants.

_____

Civil Action No.: 3:10-cv-1024 (JCH)

## STIPULATION OF DISMISSAL

    WHEREAS, the parties to the above-entitled action have resolved the issues alleged in the complaint in this action, and have negotiated in good faith for that purpose; and

    WHEREAS, none of the parties to the above-captioned action is an infant or incompetent person; and

    WHEREAS, the parties in the above-captioned action wish to discontinue the litigation;

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby discontinued against Defendants Bay Area Credit Service, LLC with prejudice and without costs to any party.

| Teshema Lucy | Bay Area Credit Service, LLC |
|---|---|
| /s/ Sergei Lemberg | /s/ Jonathan D. Elliot |
| **Sergei Lemberg, Esq. (Juris No. 425027)** | **Jonathan D. Elliot, Esq.** |
| **LEMBERG & ASSOCIATES** | **Zeldes, Needle & Cooper, P.C.** |
| **1100 Summer Street, 3rd Floor** | **1000 Lafayette Blvd.** |
| **Stamford, CT  06905** | **Bridgeport, CT 06604** |
| **(203) 653-2250** | **(203) 333-9441** |
| **Attorney for Plaintiff** | **Attorney for Defendant** |

_____
**SO ORDERED**

## CERTIFICATE OF SERVICE

    I hereby certify that on January 16, 2012, a true and correct copy of the foregoing was filed with the Clerk of Court via the CM/ECF System (ECF) and that the document is available on the ECF system.

                                                      By /s/ Sergei Lemberg
                                                         Sergei Lemberg, Esq.